**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  20-60097-CIV-SMITH/REID**

CARL AUGUSTE,

    Plaintiff,

vs.

JASON P. ROTELLA,

    Defendant.

_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 8], in which she recommends dismissing Plaintiff's Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's Order. Plaintiff has not filed any objections to the Report of Magistrate Judge.  Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

    **ORDERED** that:

    1) The Report of Magistrate Judge [DE 8] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

    2) Plaintiff's Complaint [DE 1] is **DISMISSED without prejudice**.

    3) All pending motions not otherwise ruled upon are **DENIED as moot.**

    4) The case is **CLOSED.**

    **DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of October 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record